# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Rothschild Patent Imaging, LLC

                              Plaintiff,

v.                                                          Case No.: 1:18−cv−00687
                                                            Honorable Joan B. Gottschall

The Firelands Group, LLC

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 5, 2018:

      MINUTE entry before the Honorable Joan B. Gottschall: Representing that the parties have reached a settlement agreement in principle, plaintiff moves for a 30−day extension of defendant's deadline to answer or otherwise plead to the complaint. The motion [18] is granted, and based on the representations regarding settlement, the deadline to answer or otherwise plead to the complaint [1] is suspended. The 7/20/18 status conference is stricken and reset to 8/8/18 at 9:30 a.m. The motion hearing noticed for 7/6/18 is stricken; no appearance is required. If a stipulation to dismissal is filed on or before 8/6/18, no appearance will be required. Also, if additional time is needed to finalize the settlement, the parties should notify the courtroom deputy by email on or before 8/6/18, and no appearance will be required on 8/8/18. Counsel is reminded that a courtesy copy of all pleadings is required by chambers. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.